# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID A. DEJONGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 6:16-cv-03306-BP |
| | ) |
| DITECH FINANCIAL, LLC, d/b/a | ) |
| DITECH, f/k/a GREEN TREE | ) |
| SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant, with the consent of Plaintiff, hereby notifies the Court that the parties have reached a settlement in principle of this matter. The settlement will, on completion, result in the dismissal of this litigation with prejudice. The parties believe the settlement will be documented and the dismissal filed within one month of this notice.

DATED this 28th day of October, 2016.

Respectfully submitted,

*/s/ Jennifer L. Majewski*

Anna-Katrina S. Christakis
Jennifer L. Majewski
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: 312-939-0953
Facsimile: 312-939-0983
kchristakis@pilgrimchristakis.com
jmajewski@pilgrimchristakis.com

Joshua C. Dickinson MO Bar No. 51446
SPENCER FANE
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100

1

OM 363781.1

Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com

Derek A. Ankrom MO Bar No. 63689
SPENCER FANE
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile: (417) 881-8035
E-mail: dankrom@spencerfane.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri this 28th day of October, 2016, with notice of case activity generated and sent to counsel of record.

/s/ Jennifer L. Majewski